UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID POSCHMANN,

      Plaintiff,

v.                                             Case No.:  2:19-cv-338-FtM-38NPM

FIRST CENTRAL INVESTMENT
CORP.,

      Defendant.
_____/

### **ORDER**[1]

Before the Court is Plaintiff David Poschmann's Motion for Summary Judgment. (Doc. 14).  The Court denies without prejudice the motion because it does not comply with the Court's procedures on summary judgment.  Although the procedures are listed on the Undersigned website, they are also outlined in the standard case management and scheduling order.  That order, however, has not yet been issued because the parties are under the Court's tailored ADA Title III Scheduling Order (Doc. 13).  The Court thus denies the motion for summary judgment but permits Poschmann to refile a motion, if necessary, after the parties complete mediation per the ADA Title III Scheduling Order.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(1) Plaintiff David Poschmann's Motion for Summary Judgment (Doc. 14) is **DENIED without prejudice**.

(2) Poschmann's Motion for Leave to File a Reply to Defendant First Central Investment Corporation's Opposition to Summary Judgment (Doc. 22) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of August 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record